STATE OF NORTH CAROLINA v. JERALD MOORE

No. 7119SC628

(Filed 15 December 1971)

**Forgery § 1— possession of forged instrument — presumptions**

A person who is found in the possession of a forged instrument and who is endeavoring to obtain money upon it is presumed to have forged the instrument or to have consented to its forgery.

APPEAL by defendant from *Collier, Judge,* 5 April 1971 Session of Superior Court held in MONTGOMERY County.

Defendant was convicted of forgery and of uttering a forged check. A discussion of the facts is not necessary to dispose of defendant's appeal.

*Attorney General Robert Morgan by Associate Attorney George W. Boylan for the State.*

*Charles H. Dorsett for defendant appellant.*

VAUGHN, Judge.

All of defendant's assignments of error are directed at the application of the doctrine that when one is found in the possession of a forged instrument and is endeavoring to obtain money or advances on it, this raises a presumption that the defendant either forged or consented to the forging of such instrument, and nothing else appearing, the person would be presumed to be guilty. For the reasons stated in *State v. Jordan,* No. 7110SC740, filed this date, all of the defendant's assign-

ments of error are overruled. The record before this Court discloses no prejudicial error.

No error.

Judges BROCK and BRITT concur.